**United States Bankruptcy Court**
**Central District of California, San Fernando Valley Division**

| Attorney or Party Name, Address, Telephone & FAX Nos , State Bar No. & Email Address | CASE NO.: |
|---|---|
| Scott Kosner 172379<br>Law Offices Of Tyson Takeuchi<br>1100 Wilshire Blvd Ste 2606<br>Los Angeles, CA 90017-1916<br>(213) 637-1566<br>(888) 977-6310<br><br>☒ Attorney for | CHAPTER: 13<br><br>ADVERSARY NO.:<br>*(if applicable)* |

| In re:<br><br>Marquez, Charmaine C<br><br>                                        Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(INDIVIDUAL)**<br>**[LBR 1006-1(h)]** |
|---|---|

☒ Petition, statement of affairs, schedules or lists     Date Filed: 9-29-2015
☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed:
☐ Other (specify):     Date Filed:

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (4) I have actually signed a true and correct printed copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social-Security Number(s)* (form B21) and provided the executed original to my attorney.

Date: **September 29, 2015**

_____
Signature of signing party

**Marquez, Charmaine C**
Printed Name signing party

Date:

_____
Signature of Joint Debtor, if applicable

_____
Printed name of Joint Debtor, if applicable

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Part I - Declaration of Debtor(s) or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct printed copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing party completed and signed the Statement of Social Secured Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social-Security Number(s)* (form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social-Security Number(s)* (form B21) available for review upon request of the court.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Date: **September 29, 2015**

_____

*Signature of Attorney for Signing Party*

**Scott Kosner**
*Printed Name of Attorney for Signing Party*